UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

**Global Invacom Ltd.**

              **Plaintiff,**

v.

**UNITED STATES,**

              **Defendant.**

S U M M O N S

Court No. 21-00261

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | 1401 (Norfolk, VA) (See Attached Schedule A) | Date Protest Filed: | 04/07/2017 (See Attached Schedule A) |
|---|---|---|---|
| Protest Number: | Lead Protest No. 1401-17-100405 (4 Total Actions; See Attached Schedule A) | Date Protest Denied: | 11/30/2020 |
| Importer: | Global Invacom Ltd. | | |
| Category of Merchandise: | Low Noise Blocks and Switches | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| Lead Entry: | | | | | |
| 322-1391170-8 | 01/04/2016 | 11/18/2016 | | | |
| (See Attached Schedule A; 65 Total Entries) | | | | | |
| | | | | | |

Port Director, (Protests filed via ACE)
Center Director, Katie Woodson
Email: katie.woodson@cbp.dhs.gov
CEE 007 -- Electronics
Email: cee-electronics@cbp.dhs.gov
Address of Customs Port in
Which Protest was Denied

George R. Tuttle, III
Law Offices of George R. Tuttle
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
(415) 986-8780 / geo@tuttlelaw.com
Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Low Noise Blocks and Switches | 8525.50.30 | 1.8% or 1.3% or 0.9% | 8517.69.00 or 8517.70.00 | Duty Free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Whether the Low Noise Blocks and Switches are properly classified under HTSUS 8517.69.00 or 8517.70.00, duty free, as claimed; rather than under 8525.50.30, as assessed.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/George R. Tuttle, III
_____
*Signature of Plaintiff's Attorney*

05/26/2021
_____
*Date*

## Schedule A Attachment to Summons

**Plaintiff:  Global Invacom Ltd.**
**Ports:  14-01 (Norfolk, VA); 17-04 (Atlanta, GA)**

| Protest Number | Protest Date | Protest Denied | Port | Entry Number | Entry Date | Liq Date |
|---|---|---|---|---|---|---|
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1391170-8 | 01/04/16 | 11/18/16 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1397103-3 | 01/15/16 | 12/02/16 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1400571-6 | 01/22/16 | 12/09/16 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1419032-8 | 02/29/16 | 01/13/17 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1433089-0 | 03/25/16 | 02/10/17 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1439627-1 | 04/08/16 | 02/24/17 |
|  |  |  |  |  |  |  |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0045108-7 | 08/18/16 | 07/07/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1558805-8 | 11/25/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1558810-8 | 11/25/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1562168-5 | 11/29/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1562190-9 | 11/29/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048310-6 | 12/01/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048570-5 | 12/07/16 | 10/27/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1567187-0 | 12/08/16 | 10/27/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1567190-4 | 12/08/16 | 10/27/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1570696-5 | 12/15/16 | 11/03/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048936-8 | 12/21/16 | 11/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048909-5 | 12/22/16 | 11/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0049276-8 | 01/04/17 | 11/17/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0049277-6 | 01/04/17 | 11/17/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1580006-5 | 01/04/17 | 11/24/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1580007-3 | 01/04/17 | 11/24/17 |
|  |  |  |  |  |  |  |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1645630-5 | 05/12/17 | 03/23/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1645641-2 | 05/12/17 | 03/23/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1645642-0 | 05/12/17 | 03/23/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0053062-5 | 05/17/17 | 03/30/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1655311-9 | 05/30/17 | 04/13/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1655313-5 | 05/30/17 | 04/13/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1655322-6 | 05/30/17 | 04/13/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1663348-1 | 06/23/17 | 05/04/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1663352-3 | 06/23/17 | 05/04/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055017-7 | 07/14/17 | 05/25/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055042-5 | 07/14/17 | 05/25/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055018-5 | 07/16/17 | 06/01/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1683549-0 | 07/21/17 | 06/01/18 |

## Schedule A Attachment to Summons

**Plaintiff:  Global Invacom Ltd.**
**Ports:  14-01 (Norfolk, VA); 17-04 (Atlanta, GA)**

| Protest Number | Protest Date | Protest Denied | Port | Entry Number | Entry Date | Liq Date |
|---|---|---|---|---|---|---|
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1683555-7 | 07/21/17 | 06/01/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1684346-0 | 07/21/17 | 06/01/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055610-9 | 07/29/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055616-6 | 07/30/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055801-4 | 08/03/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055834-5 | 08/04/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055983-0 | 08/11/17 | 06/22/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0056057-2 | 08/13/17 | 06/29/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1700111-8 | 08/18/17 | 06/29/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1700113-4 | 08/18/17 | 06/29/18 |
|  |  |  |  |  |  |  |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0062614-2 | 02/14/18 | 01/11/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063047-4 | 02/21/18 | 01/25/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063048-2 | 02/21/18 | 01/25/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063019-3 | 02/23/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063407-0 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063414-6 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063415-3 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063436-9 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063947-5 | 03/16/18 | 02/15/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 17-04 | EJD-0064240-4 | 03/26/18 | 02/22/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0064987-0 | 04/19/18 | 03/15/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0065038-1 | 04/20/18 | 03/15/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0064989-6 | 04/20/18 | 03/22/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0065189-2 | 04/27/18 | 03/29/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 17-04 | EJD-0066257-6 | 05/18/18 | 04/19/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067092-6 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067096-7 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067098-3 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067102-3 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067905-9 | 06/23/18 | 05/24/19 |