UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **GLOBAL INVACOM LTD.,** | ) |
| | ) |
|                      **Plaintiff** | ) |
| | )    Court No.  21-00261 |
|     v. | ) |
| | ) |
| **THE UNITED STATES,** | ) |
| | ) |
|                      **Defendant.** | ) |

## COMPLAINT

Plaintiff, Global Invacom Ltd. ("Global") through its undersigned attorney, alleges the following as its Complaint to contest the classification of the subject merchandise:

1.  This is a civil action commenced to contest the decision of the United States Customs and Border Protection ("CBP" hereafter) and denial of the protests set forth on the attached Schedule A pursuant to 19 U.S.C. §1515.

2.  The entries subject to this action were liquidated on the dates set forth on the attached Schedule A.

3.  The protests were timely filed pursuant to 19 U.S.C. § 1514(a), as amended, to contest the classification, rate and amount of duties chargeable upon liquidation of certain imported articles, as further described herein.

4.  Global filed a Summons commencing this action within the time specified pursuant to 28 U.S.C. § 2636 to contest the denial of its protests by CBP.

5.  The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

6.  Global has standing to bring this action pursuant to 28 U.S.C. § 2631(a), as it is the importer of record of the merchandise that is the subject of this action and is the party who filed the protest pursuant to 19 U.S.C. § 1514.

7.  All liquidated duties, taxes, and fees on the subject entries were paid prior to the

Global Invacom v. United States
Court No. 21-00261
Page 2

commencement of this action.

    8.    The imported merchandise to which this action relates is identified or described as Low Noise Blocks ("LNB") and Switches.

    9.    The imported merchandise was assessed with duty at liquidation by CBP under subheading 8525.50.30 of the Harmonized Tariff Schedules of the United States (HTSUS); and liquidated at a duty rate of 1.80% or 1.30% or 0.90% ad valorem, depending upon the date of entry.

    10.    Plaintiff asserts that the imported LNBs and Switches are properly classifiable under either HTSUS subheading 8517.69.00 or 8517.70.00, depending on the date of entry, free of duty.

## Prayer for Relief

**WHEREFORE**, Plaintiff, Global, respectfully requests this Court to enter judgment in favor of Plaintiff, Global, overruling the denial of Plaintiff's protests;

Order Customs to reliquidate the subject entries at the rate, value and amount of duty asserted by Plaintiff with a refund of duties, plus interest as appropriate;

For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date:  May 30, 2023

/s/ George R. Tuttle, III
George R. Tuttle, III
Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive, Ste. 310
San Rafael, CA 94903
Tel: (415) 288-0428

{0166219.DOCX;3}

## Schedule A Attachment to Complaint

**Global Invacom Ltd.**
**Court No. 21-00261**

| Protest Number | Protest Date | Protest Denied | Port | Entry Number | Entry Date | Liq Date |
|---|---|---|---|---|---|---|
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1391170-8 | 01/04/16 | 11/18/16 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1397103-3 | 01/15/16 | 12/02/16 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1400571-6 | 01/22/16 | 12/09/16 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1419032-8 | 02/29/16 | 01/13/17 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1433089-0 | 03/25/16 | 02/10/17 |
| 1401-17-100405 | 04/07/17 | 11/30/20 | 14-01 | 322-1439627-1 | 04/08/16 | 02/24/17 |
| | | | | | | |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0045108-7 | 08/18/16 | 07/07/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1558805-8 | 11/25/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1558810-8 | 11/25/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1562168-5 | 11/29/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1562190-9 | 11/29/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048310-6 | 12/01/16 | 10/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048570-5 | 12/07/16 | 10/27/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1567187-0 | 12/08/16 | 10/27/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1567190-4 | 12/08/16 | 10/27/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1570696-5 | 12/15/16 | 11/03/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048936-8 | 12/21/16 | 11/13/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0048909-5 | 12/22/16 | 11/13/17 |

## Schedule A Attachment to Complaint

**Global Invacom Ltd.**
**Court No. 21-00261**

| Protest Number | Protest Date | Protest Denied | Port | Entry Number | Entry Date | Liq Date |
|---|---|---|---|---|---|---|
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0049276-8 | 01/04/17 | 11/17/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | EJD-0049277-6 | 01/04/17 | 11/17/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1580006-5 | 01/04/17 | 11/24/17 |
| 1401-17-100622 | 12/21/17 | 11/30/20 | 14-01 | 322-1580007-3 | 01/04/17 | 11/24/17 |
| | | | | | | |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1645630-5 | 05/12/17 | 03/23/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1645641-2 | 05/12/17 | 03/23/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1645642-0 | 05/12/17 | 03/23/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0053062-5 | 05/17/17 | 03/30/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1655311-9 | 05/30/17 | 04/13/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1655313-5 | 05/30/17 | 04/13/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1655322-6 | 05/30/17 | 04/13/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1663348-1 | 06/23/17 | 05/04/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1663352-3 | 06/23/17 | 05/04/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055017-7 | 07/14/17 | 05/25/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055042-5 | 07/14/17 | 05/25/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055018-5 | 07/16/17 | 06/01/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1683549-0 | 07/21/17 | 06/01/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1683555-7 | 07/21/17 | 06/01/18 |

## Schedule A Attachment to Complaint

**Global Invacom Ltd.**
**Court No. 21-00261**

| Protest Number | Protest Date | Protest Denied | Port | Entry Number | Entry Date | Liq Date |
|---|---|---|---|---|---|---|
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1684346-0 | 07/21/17 | 06/01/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055610-9 | 07/29/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055616-6 | 07/30/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055801-4 | 08/03/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055834-5 | 08/04/17 | 06/15/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0055983-0 | 08/11/17 | 06/22/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | EJD-0056057-2 | 08/13/17 | 06/29/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1700111-8 | 08/18/17 | 06/29/18 |
| 1401-18-100180 | 08/30/18 | 11/30/20 | 14-01 | 322-1700113-4 | 08/18/17 | 06/29/18 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0062614-2 | 02/14/18 | 01/11/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063047-4 | 02/21/18 | 01/25/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063048-2 | 02/21/18 | 01/25/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063019-3 | 02/23/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063407-0 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063414-6 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063415-3 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063436-9 | 03/02/18 | 02/01/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0063947-5 | 03/16/18 | 02/15/19 |

# Schedule A Attachment to Complaint

**Global Invacom Ltd.**
**Court No. 21-00261**

| Protest Number | Protest Date | Protest Denied | Port | Entry Number | Entry Date | Liq Date |
|---|---|---|---|---|---|---|
| 1401-19-100468 | 06/25/19 | 11/30/20 | 17-04 | EJD-0064240-4 | 03/26/18 | 02/22/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0064987-0 | 04/19/18 | 03/15/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0065038-1 | 04/20/18 | 03/15/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0064989-6 | 04/20/18 | 03/22/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0065189-2 | 04/27/18 | 03/29/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 17-04 | EJD-0066257-6 | 05/18/18 | 04/19/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067092-6 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067096-7 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067098-3 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067102-3 | 06/05/18 | 05/03/19 |
| 1401-19-100468 | 06/25/19 | 11/30/20 | 14-01 | EJD-0067905-9 | 06/23/18 | 05/24/19 |