UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| Global Invacom Ltd., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 21-00261 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

## Notice of Dismissal

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Date:  June 26, 2023                    Respectfully submitted,

/s/ George R. Tuttle, III
George R. Tuttle, III
Law Offices of
George R. Tuttle, A P.C.
3950 Civic Center Drive
Suite 310
San Rafael, California 94903
(415) 986-8780
Attorneys for Global Invacom Ltd.

## Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Date:   June 26, 2023                    Clerk, U.S. Court of International Trade

By:  /s/ Lewis Hugh
Deputy Clerk

{0190361.DOCX;1}